Date: 05/06/11      **DIVIDENDS REMITTED TO THE COURT**      Page: 1

*# 152314*
*Ck. 16. ±108*

Case Number 07-10593 - Tayse, Sandra L.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Roundup Funding, LLC**<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | 000007 | 193.94 | 2.75 |
| ---------- Remittance Total ---------- | | 193.94 | 2.75 |

TRUSTEE VIRGIL E. BROWN, JR., Trustee

[Stamp: 2011 MAY -9 AM 9:45 — U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND]